UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon
KML Law Group, PC
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:
    Price, Jonathan W

Order Filed on July 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-16639
Chapter 7
Judge:   Kaplan

Recommended Local Form:   ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: July 26, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐  Real Property More Fully Described as:

■  Personal Property More Fully Describes as:

**2015 TOYOTA TACOMA , VIN: 3TMMU4FN6FM083021,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:
Jonathan W Price
    Debtor

Case No. 16-16639-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                  Page 1 of 1                  Date Rcvd: Jul 26, 2017
                         Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db             +Jonathan W Price,    102 Parker Street,    Manahawkin, NJ 08050-3166

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
        Andrea   Dobin     on behalf of Trustee Thomas   Orr adobin@trenklawfirm.com
        Daniel E. Straffi    on behalf of Attorney Daniel E Straffi, Jr. dstraffi1@comcast.net,
         G25938@notify.cincompass.com
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
         dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
        Erin Marie Greene    on behalf of Plaintiff    New Jersey Division of Consumer Affairs
         erin.greene@lps.state.nj.us
        Erin Marie Greene    on behalf of Creditor Erin M Greene erin.greene@lps.state.nj.us
        Jerrold S. Kulback    on behalf of Creditor    Fulton Bank of New Jersey jkulback@archerlaw.com,
         mfriedman@archerlaw.com
        Jerrold S. Kulback    on behalf of Plaintiff    Fulton Bank of New Jersey jkulback@archerlaw.com,
         mfriedman@archerlaw.com
        John   Hargrave     on behalf of Debtor Jonathan W Price john.hargrave@flastergreenberg.com
        John   Hargrave     on behalf of Defendant Jonathan W Price john.hargrave@flastergreenberg.com
        Kevin S. Quinlan    on behalf of Creditor Dennis Edward Belloff ksqesqct@comcast.net,
         ksqesqct@gmail.com;r55119@notify.bestcase.com
        Mark J. Molz     on behalf of Plaintiff  Patricia   Bollman molzlaw@aol.com
        Mark J. Molz     on behalf of Plaintiff Maureen   Molz molzlaw@aol.com
        Mark J. Molz     on behalf of Creditor Mark J. Molz molzlaw@aol.com
        Michael A. Artis    on behalf of Plaintiff Andrew R. Vara michael.a.artis@usdoj.gov
        Michael A. Artis    on behalf of U.S. Trustee    United States Trustee michael.a.artis@usdoj.gov
        Michele M. Dudas    on behalf of Trustee Thomas   Orr mdudas@trenklawfirm.com
        R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
        Thomas   Orr     on behalf of Trustee Thomas   Orr tom@torrlaw.com,    Torr@ecf.epiqsystems.com
        Thomas   Orr     tom@torrlaw.com,    Torr@ecf.epiqsystems.com
        United States Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 20